1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Edgar Eduardo Hernandez-Valenzuela

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 08MJ8256 |
| 12 Plaintiff, | |
| 13 v. | **CERTIFICATE OF SERVICE** |
| 14 EDGAR EDUARDO HERNANDEZ-VALENZUELA, | |
| 15 Defendant. | |

17 Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19 U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

21 Respectfully submitted,

23 DATED: March 25, 2008       /s/ Gregory T. Murphy
**GREGORY T. MURPHY**
24 Federal Defenders of San Diego, Inc.
Attorneys for Edgar Eduardo Hernandez-Valenzuela